# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 13, 2022

*By the Court:*

| No. 22-1037 | MICHELLE R. GILBANK, Plaintiff - Appellant  v.  WOOD COUNTY DEPARTMENT OF HUMAN SERVICES, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:20-cv-00601-jdp  Western District of Wisconsin  District Judge James D. Peterson | |

The following is before the court: **PLAINTIFF'S STATEMENT ON APPEAL/SUMMARY OF CASE AND ARGUMENTS FOR APPEAL**, filed on January 10, 2022, by the pro se appellant.

The clerk shall treat the filing as the appellant's opening brief and update the docket accordingly. The remainder of briefing will proceed as follows:

1. The briefs of the appellees are due by February 14, 2022.

2. The reply brief of the appellant, if any, is due by March 7, 2022.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)