No. 22-1037

**In the United States Court of Appeals for the Seventh Circuit**

MICHELLE R. GILBANK,

*Plaintiff-Appellant,*

*v.*

WOOD COUNTY DEPARTMENT OF
HUMAN SERVICES, ET AL.,

*Defendants-Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
CASE NO. 3:20-CV-00601-JDP
THE HONORABLE JAMES D. PETERSON, PRESIDING

**NOTICE OF ATTORNEY WITHDRAWAL**

Axley Brynelson, LLP
Danielle Baudhuin Tierney, State Bar No. 1096371
2 E. Mifflin Street, Suite 200
Madison, WI 53703
(608) 257-5661

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Attorney Danielle Baudhuin Tierney hereby withdraws as counsel for Defendant-Appellees, Wood County Department of Human Services, Theresa Heinzen-Janz, Mary Christensen, Anne La Chapelle, and Mary Solheim. Attorney Lori M. Lubinsky and Attorney Aneet Kaur of Axley Brynelson will continue to represent Defendant-Appellees in the above-captioned matter. Please remove Attorney Danielle Baudhuin Tierney from all e-filing service and notifications in this matter.

Dated at Madison, Wisconsin this 17th day of January, 2023.

                                      AXLEY BRYNELSON, LLP

                                      */s/ Danielle Baudhuin Tierney*
                                      Danielle Baudhuin Tierney, State Bar No. 1096371
                                      Post Office Box 1767
                                      Madison, WI 53701-1767
                                      Email: dtierney@axley.com
                                      Telephone: (608) 257-5661
                                      Facsimile: (608) 257-5444

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

*/s/ Danielle Baudhuin Tierney*
Danielle Baudhuin Tierney
